CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Mark Potter, SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385
(888) 422-5191 fax
mark@potterhandy.com
Attorneys for Plaintiff

TYLER R. ANDREWS (SBN 250686)
ROGER SCOTT (SBN 247165)
GREENBERG TRAURIG, LLP
3161 Michelson Drive, Suite 1000
Irvine, California 92612
Telephone: 949.732.6500
Facsimile: 949.732.6501
andrewst@gtlaw.com
scottro@gtlaw.com
Attorneys for Defendants J.C. Penney Properties, Inc.,
and J.C. Penney Company, Inc

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF JINKINS,<br><br>            Plaintiff,<br><br>     v.<br><br>J.C. PENNEY PROPERTIES, INC.,<br>a Delaware Corporation;<br>J.C. PENNEY COMPANY, INC., a<br>Delaware Corporation; and Does 1-<br>10,<br><br>            Defendants, | Case: 5:16-CV-02503-JGB-SP<br><br>**JOINT STIPULATION FOR<br>DISMISSAL PURSUANT TO<br>F.R.CIV.P. 41 (a) (1) (A) (ii)** |

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **STIPULATION**

Pursuant to F.R.CIV.P.41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.


Dated : June 6, 2017                CENTER FOR DISABILITY ACCESS


By: /s/ Phyl Grace
      Phyl Grace
      Attorneys for Plaintiff


Dated: June 6, 2017                GREENBERG TRAURIG, LLP


By: /s/ Roger Scott
      Roger Scott
      Attorney for Defendants
      J.C. Penney Properties, Inc., and J.C.
      Penney Company, Inc.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Roger Scott, counsel for J.C. Penney Properties, Inc., and J.C. Penney Company, Inc., and that I have obtained Mr. Roger Scott's authorization to affix his electronic signature to this document.


Dated: June 6, 2017          CENTER FOR DISABILITY ACCESS


By: /s/ Phyl Grace
     Phyl Grace
     Attorneys for Plaintiff

3